IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No. 10-00324-04/06/07/11/12-CR-W-DW

MARIO ALBERTO RAMIREZ-CORREA (01)
PABLO FIGUEREDO-CHAVIANO (06)
OSSEL VIDAL DE PRADA (07)
GUADALUPE CARLOS SANCHEZ (11)
CARLOS DELGADO PENA (12)\

AUSA: Catherine Connelly
Defense Atty.: None present

| Judge | **John T. Maughmer** United States Magistrate Judge | Date and Time | **December 21, 2010** 2:00pm - 2:45pm |
|---|---|---|---|
| Deputy Clerk | Kerry Martinez | Tape/Reporter | K. Martinez |
| Interpreter | Sara Gardner | Pretrial/Prob: | Tim M. Hair and Susan Pinkerton |

# CLERK'S MINUTES

### INITIAL APPEARANCE INDICTMENT

( x )  Custody Assumed        (   )  Voluntarily Surrendered

      Date:   December 21, 2010

      Place:  Kansas City, Missouri

Each defendant advised:
1. Of the charge;
2. That he/she is not required to make any statement and that any statement made by him/her may be used against him/her in Court;
3. Of his/her right to retain counsel and to request assignment of counsel if he/she is unable to obtain counsel; and
4. Of his/her right to bail or, if no bail is set, to a detention hearing to determine if he/she is a flight risk or a danger to persons or the community.

( x )  Arraignment set for **Monday, December 27, 2010, at 2:00 p.m. before U.S. Magistrate Judge John T. Maughmer.**

BAIL

( x ) Bail not set; a motion for detention hearing and for continuance of hearing filed by Government

( x ) Motion for pretrial detention hearing granted; defendant temporarily detained pending detention hearing set for **Monday, December 27, 2010, at 2:00 p.m. before U. S. Magistrate Judge John T. Maughmer**.

( x ) Each defendant remanded to the custody of the U.S. Marshal

( ) Bond Set:

( ) Conditions of release read to the defendants.

COUNSEL

( x ) On December 21, 2010, each defendant sworn and examined as to his/her financial ability to employ counsel. Information recorded on Affidavit of Financial Status.

- ( x ) Federal Public Defender appointed as to defendant Mario Alberto Ramirez-Correa.
- ( x ) CJA Counsel appointed as to defendants Pablo Figueredo-Chaviano, Ossel Vidal De Prada, Guadalupe Carlos Sanchez, and Carlos Delgado Pena.
- ( x ) Defendant Ossel Vidal De Prada advises the Court the he intend to retain an attorney.