IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.                                Case No.   10-00324-04/06/07/11/12-CR-W-DW

MARIO ALBERTO RAMIREZ-CORREA (04)
PABLO FIGUEREDO-CHAVIANO (06)
OSSEL VIDAL DE PRADA (07)
GUADALUPE CARLOS SANCHEZ (11)
CARLOS DELGADO PENA (12)

AUSA: Catherine Connelly
Defense Atty.: Thomas Fields, retained (04)
John Jenab, CJA (06)
Tony Miller, CJA (07)
Dana Altieri, CJA (11)
Cenobio Lozano, CJA (12)

| JUDGE | John T. Maughmer<br>United States Magistrate Judge | DATE AND TIME | January 10, 2011<br>1:30pm - 1:45pm |
|---|---|---|---|
| DEPUTY CLERK | Kerry Martinez | TAPE/REPORTER | K. Martinez |
| INTERPRETER | Sara Gardner | PRETRIAL/PROB: | None |

## CLERK'S MINUTES

SCHEDULING CONFERENCE

**REMARKS:** All parties present and ready for hearing. A motion for continuance of trial was filed by defendant Carlos Delgado Pena (12) on January 3, 2011 (Doc. 51), requesting the docket set for April 25, 2011. Upon consent of all parties to the trial being continued until the docket set to commence on April 25, 2011, the Court grants the motion. The Court advises parties that a written scheduling and trial order will follow. Court adjourned.