# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

# CRIMINAL MINUTES - CHANGE OF PLEA

United States of America            Case Number: 10-00324-04-CR-W-DW
v.            Date: 1/04/12
MARIO ALBERTO RAMIREZ-CORREA

Honorable Dean Whipple presiding at Kansas City, Missouri

Time commenced:     3:35 p.m.            Time terminated:    4:20 p.m.

| Plaintiff | Appearances | Defendant |
|---|---|---|
| Catherine Connelly, AUSA | | Thomas Fields |

**PROCEEDINGS:**
Defendant appears to change his plea from not guilty to guilty on count(s) 1 of indictment.

Indictment and range of punishment is read.
- X     Interpreter Izzy Broste sworn.
- X     Defendant sworn.
- X     Court questions defendant regarding his physical and mental condition. Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges.
- X     Plea Agreement filed.
- X     Court accepts defendant's plea.
- X     Court orders Presentence Investigation (PSI).
- X     Defendant remanded to custody.

REMARKS:

Court Reporter: Denna Lamken            Tracy Diefenbach, Courtroom Deputy